ACCEPTED
04-15-00272-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/17/2015 3:17:06 PM
KEITH HOTTLE
CLERK

NO. 04-15-00272-CV

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/17/2015 3:17:06 PM
KEITH E. HOTTLE
Clerk

KYU IM ROBINSON,
APPELLANT,

V.

JESS L. MAYFIELD, TRUSTEE, ET AL.,
APPELLEES.

ON APPEAL FROM THE 131ST JUDICIAL DISTRICT COURT
BEXAR COUNTY, TEXAS
HON. RENEE A. YANTA, JUDGE PRESIDING

**APPELLANT'S UNOPPOSED FIRST MOTION
FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellant, Kyu Im Robinson (Robinson), files this Unopposed First Motion for Extension of Time to File Appellant's Brief.

1.     The deadline for filing Appellant's Brief is June 25, 2015.

2.     This is appellant's first motion for extension of time to file her brief.

3.     Appellant requests an extension of 30 days; that is, an extension of time to and including July 27, 2015 (the 30th day falls on Saturday, July 25, 2015).

4. Counsel could not prepare Appellant's Brief by the current due date, given proper standards of representation, because of her work in the following matters:

a. During the week of May 25th, counsel conducted the research for, and prepared, Appellants' Motion for Rehearing and Appellants' Motion for En Banc Reconsideration in *Prabhakar Guniganti, et al. v. C & S Components Company, Ltd.*; No. 14-14-00224-CV; in the Fourteenth Court of Appeals, Houston, Texas. Those motions were filed on June 2, 2015.

b. During the week of June 8th, counsel conducted research to assist appellants' counsel in the preparation of Appellants' Post-Submission Brief in *The Huff Energy Fund, L.P., et al. v.Longview Energy Company*; No. 04-12-00630-CV; in the Fourth Court of Appeals, San Antonio, Texas. That Post-Submission Brief was filed on June 15, 2015.

5. In addition to the foregoing matters, counsel was out of the office from June 3, 2015, through June 5, 2015, to attend and to make a presentation for The University of Texas School of Law 25th Annual Conference on State and Federal Appeals in Austin, Texas.

6. Counsel would further show that since October, 2014, counsel has had a family vacation planned for the week of June 22, 2015.

7.     Counsel is a solo practitioner and is solely responsible for the work necessary to prepare Appellant's Brief in this case.

## PRAYER

For the reasons stated, appellant requests that this Court grant this motion and extend the time for filing Appellant's Brief to and including July 27, 2015.

Respectfully submitted,

JOANN STOREY, P.C.

BY:   /s/ **JoAnn Storey**

JoAnn Storey
State Bar No. 19315300
1005 Heights Boulevard
Houston, Texas 77008
Telephone: 713/529-0048
Facsimile: 713/529-2498
Email: storeyj@heightslaw.com

***Attorney for appellant, Kyu Im Robinson***

## CERTIFICATE OF CONFERENCE

Gay Gueringer, counsel for appellee, William P. Riddick, Individually and as Trustee of the Wm P. Riddick – 76 Trust does not oppose this motion. Although the style of this case includes Jess L. Mayfield, Trustee, as an appellee, Mr. Mayfield is not a party on appeal.

/s/ **JoAnn Storey**
JoAnn Storey

## CERTIFICATE OF COMPLIANCE

Relying on the word count function in the word processing software used to produce this document, I certify that the number of words in this motion is **605**.

This motion complies with the typeface requirements of TRAP 9.4(e) because it uses a conventional typeface no smaller than 14-point (WordPerfect X4 14-point Times New Roman).

/s/ *JoAnn Storey*

JoAnn Storey

## CERTIFICATE OF SERVICE

On June 17, 2015, I sent a true and correct copy of the foregoing *Appellant's Unopposed First Motion for Extension of Time to File Appellant's Brief* via **EFILE** to the following:

Gay Gueringer
RICHIE & GUERINGER, P.C.
112 E. Pecan St., Suite 1420
San Antonio, Texas 78205

*Counsel for appellee, William P. Riddick,*
*Individually and as Trustee of the*
*Wm P. Riddick − 76 Trust*

/s/ *JoAnn Storey*

JoAnn Storey